# EXHIBIT

# "B"

EXHIBIT "B"

LAW OFFICES OF
## JOSEPH M. RODRIGUEZ
7154 S.W. 47TH STREET 2ND FLOOR
MIAMI, FLORIDA 33155

JOSEPH M. RODRIGUEZ, ESQ.

TEL: (305) 441-2829
FAX: (305) 441-1310

August 10, 2020

Nathaly Saavedra, Esq.
Peregonza, The Attorneys, PLLC
1414 Northwest 107th Avenue, Suite 302
Doral, Florida  33172

Re: Miguel Angel Pena v Hialeah Motel, Inc.- Your File EL20-02252

Dear Ms. Saaveda,

Enclosed is a check payable to Miguel Angel Pena for the sum of $ 361.49. The sum represents one week salary, for the period of June 23rd, 2020 to June 30th, 2020. During this one week period, Mr. Pena alleges that he was experiencing symptoms of COVID-19 and was awaiting the result of COVID-19 testing. On June 30th, 2020 Mr. Pena produced a negative test result to his employer and returned to work on July 1st, 2020. Pursuant to 29CFR§826.20(a) (4) (V), Mr. Pena's claim for sick leave is limited to the one week period he was experiencing symptoms of COVID-19 and was awaiting for the COVID-19 test results. When Miguel Angel Pena returned to work on July 1st, 2020 he was symptom free and had tested negative for COVID-19. On July 3, 2020 Hialeah Motel, Inc. terminated Mr. Pena's employment for the reasons stated in my letter of July 28th, 2020.

It is important to note the Mr. Pena never made a request for paid sick leave until your July 16, 2020 letter.

The payment being made to Mr. Pena has been arrived at by average Mr. Pena's weekly earnings for the twenty-two weeks he was employed at the Hialeah Motel, a copy of the weekly earning is also enclosed.

Sincerely,

*[signature]*

Joseph M. Rodriguez
JMR:av

# HIALEAH MOTEL INC

555 EAST OKEECHOBEE ROAD
HIALEAH, FL 33010
TEL 305 887-8756   FAX 305 883-7434

AUGUST 4TH, 2020

MIGUEL PENA AVERAGE PAY FROM FIRST DAY OF EMPLOYMENT 2/03/2020 UNTIL TERMINATION ON 07/03/2020

| | | | |
|---|---|---|---|
| WEEK 1—02/07/2020 | 40 HRS | = | $480.00 |
| WEEK 2—02/14/2020 | 47.5 HRS | = | 615.00 |
| WEEK 3—02/21/20 | 45HRS | = | 570.00 |
| WEEK 4—02/28/2020 | 48HRS | = | 624.00 |
| WEEK 5—03/06/2020 | 48HRS | = | 624.00 |
| WEEK 6—03/13/2020 | 48HRS | = | 624.00 |
| WEEK 7—03/20/2020 | 48 HRS | = | 624.00 |
| WEEK 8—03/27/2020 | 16HRS | = | 192.00 |

LOANED EMPLOYEE $220.00
CK # 10792 COVI-19

| | | | |
|---|---|---|---|
| WEEK 9—04/03/2020 | 00 HRS | | |
| WEEK 10 -04/10/2020 | 00 HRS | | |

LOANED EMPLOYEE $150.00 CASH
COVI-19

| | | | |
|---|---|---|---|
| WEEK 11-04/17/2020 | 24 HRS | = | 288.00 |
| WEEK 12 -04/24/2020 | 00 HRS | | |
| WEEK 13 -05/01/2020 | 40 HRS | = | 480.00 |
| WEEK 14 -05/08/2020 | 40 HRS | = | 480.00 |
| WEEK 15- -05/15/2020 | 40 HRS | = | 480.00 |
| WEEK 16 -05/22/2020 | 40 HRS | = | 480.00 |
| WEEK 17 -05/29/2020 | 40 HRS | = | 480.00 |
| WEEK 18 -06/05/2020 | 40 HRS | = | 480.00 |
| WEEK 19-06/12/2020 | 40 HRS | = | 480.00 |
| WEEK 20-06/19/2020 | 37.5 HRS= | | 450.00 |
| WEEK 21-06/26/2020 | 16 HRS | = | 192.00 |
| WEEK 22-07/03/2020 | 23 HRS | = | 276.00 |

$ 8,919.00   DIVIDED BY 22 WEEKS=   $405.41

MR. PENA WAS AN HOURLY EMPLOYEE MAKING $12.00 PER HOUR PLUS ANY OVERTIME AT $18.00 PER HOUR.

*[signature]*

SAL CARBALLO, GM

**HIALEAH MOTEL INC**
**PAYROLL ACCT**
555 E OKEECHOBEE RD
HIALEAH, FL 33010

OCEAN BANK
780 NW 42ND AVE.
MIAMI, FLORIDA 33126

15127
63-1139/6

08/07/2020

PAY TO THE ORDER OF: MIGUEL ANGEL PENA      $ **361.49

*****Three hundred sixty-one and 49/100 _____ DOLLA

MIGUEL ANGEL PENA
1564 NE 191 ST
MIAMI FL 33179

MEMO

Pay Period: 08/01/2020 - 08/07/2020

⑈015127⑈

AUTHORIZED SIGNATURE

---

**HIALEAH MOTEL INC**                    **PAYROLL ACCT**                                 15127

| MIGUEL ANGEL PENA | PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 1564 NE 191 ST | Regular Pay | - | 12.00 | 0.00 | 8,118.00 | Federal Income Tax | 17.15 | 496.22 |
| MIAMI | Overtime Pay | - | 18.00 | 0.00 | 801.00 | Social Security | 25.42 | 578.40 |
| FL, 33179 | corona virus testing | - | - | 410.00 | 410.00 | Medicare | 5.94 | 135.27 |

| HIALEAH MOTEL INC. | | | | | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| 555 EAST OKEECHOBEE ROAD | | | | | | | |
| HIALEAH | OTHER PAY | | Current | YTD | | | |
| FL, 33010 | | | | | | | |

| Pay Period | | | | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|---|
| 08/01/2020 - 08/07/2020 | BENEFITS | | Used | Available | Total Pay | $410.00 | $9,329.00 |
| | Vacation | | 0.00 | 0.00 | Taxes | $48.51 | $1,209.89 |
| Pay Date | | | | | Deductions | $0.00 | $0.00 |
| 08/07/2020 | | | | | **NET PAY:** | | **$361.49** |

MEMO: