# EXHIBIT

# "C"

EXHIBIT "C"

LAW OFFICES OF
**JOSEPH M. RODRIGUEZ**
7154 S.W. 47TH STREET 2ND FLOOR
MIAMI, FLORIDA 33155

JOSEPH M. RODRIGUEZ, ESQ.

TEL: (305) 441-2829
FAX: (305) 441-1310

September 21, 2020

Nathaly Saavedra, Esq.
Peregonza, The Attorneys, PLLC
1414 Northwest 107th Avenue, Suite 302
Doral, Florida 33172

Re: Miguel Angel Pena v Hialeah Motel, Inc.- Your File EL20-02252

Dear Ms. Saaveda,

On or about August 14th, 2020, in response to your August 13th, 2020 e-mail, I tendered a verbal $ 1,000.00 settlement offer on the claim of Miguel Angel Pena against the Hialeah Motel, Inc. This verbal offer of $ 1,000.00 was in addition to the $ 361.49 mailed to you on August 10th, 2020. This letter is to serve a written confirmation of said offer, which remains open.

Sincerely,

Joseph M. Rodriguez
JMR:av